# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KURT WONG,<br><br>    Plaintiff(s),<br><br>v.<br><br>WYNN LAS VEGAS, LLC,<br><br>    Defendant(s). | Case No. 2:20-cv-02086-APG-NJK<br><br>**Order**<br><br>[Docket No. 28] |

Pending before the Court is a stipulation to extend the dispositive motion deadline to 30 days after the parties' settlement conference. Docket No. 28. The parties represent that discovery is completed and that they do not seek to reopen any discovery deadlines.[1] For good cause shown, the stipulation is hereby **GRANTED**. The dispositive motion deadline is **RESET** for May 20, 2022.

IT IS SO ORDERED.

Dated: February 1, 2022

Nancy J. Koppe
United States Magistrate Judge

---

[1] The outer deadline for filing discovery motions is (in this District) the deadline for dispositive motions. *Garcia v. Serv. Emps. Int'l Union*, 332 F.R.D. 351, 354 (D. Nev. 2019) (citing *Gault v. Nabisco Biscuit Co.*, 184 F.R.D. 620, 622 (D. Nev. 1999)). Although the stipulation is not entirely clear on this issue, it appears based on the representations that there will be no discovery motions filed in this case. The Court is allowing the relief sought of extending the dispositive motion deadline contingent on this understanding that the parties will not file any discovery motions. Hence, the Court is extending the deadline for filing dispositive motions, but it is not extending the deadline for filing discovery motions.

1