JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: joshua.sliker@jacksonlewis.com

*Attorneys for Defendant*
*Wynn Las Vegas, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KURT WONG,<br><br>    Plaintiff,<br><br>    v.<br><br>WYNN LAS VEGAS, LLC, a Nevada Limited Liability Company,<br><br>    Defendant. | Case No.: 2:20-cv-02086-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT DISMISSAL PAPERWORK**<br><br>**(FIRST REQUEST)** |

Plaintiff Kurt Wong ("Plaintiff" or "Wong") and Defendant Wynn Las Vegas ("WLV" or "Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

1.  On April 20, 2022, the Parties reached a settlement of this matter following a settlement conference with Hon. Nancy J. Koppe. Following the settlement, the Court ordered that dismissal paperwork must be filed by May 18, 2022. ECF No. 32.

2.  Over the last several months, the Parties have been engaged in negotiations regarding the language of certain provisions in the Settlement Agreement. They recently resolved all remaining issues and finalized the Settlement Agreement.

3.  Counsel for the Parties are working to obtain their respective client's signatures on the Settlement Agreement and anticipate the same will be completed by July 15, 2022.

4.  Due to the presence of a release of claims under the Age Discrimination in Employment Act (ADEA), Plaintiff's execution of the Settlement Agreement will become effective seven (7) days thereafter.

5.  Defendant anticipates tendering its remaining obligations, as set forth in the

Settlement Agreement, within seven (7) days after Plaintiff's execution becomes final and effective.

6. Therefore, the Parties request that the Court extend the deadline to file the Stipulation of Dismissal and Proposed Order to **July 29, 2022**.

7. This stipulation and order is sought in good faith and not for the purpose of delay.

Dated this 12th day of July, 2022.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| */s/ James P. Kemp* | */s/ Joshua A. Sliker* |
| JAMES P. KEMP, ESQ. | JOSHUA A. SLIKER, ESQ. |
| Nevada Bar No. 6375 | Nevada Bar No. 12493 |
| 7435 W. Azure Drive, Suite 110 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89103 | Las Vegas, Nevada 89101 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| *Kurt Wong* | *Wynn Las Vegas, LLC* |

**ORDER**

IT IS SO ORDERED.

~~United States District Judge /~~
United States Magistrate Judge

Dated: July 13, 2022