1  JOSHUA A. SLIKER, ESQ.
   Nevada Bar No. 12493
2  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
3  Las Vegas, Nevada 89101
   Telephone: (702) 921-2460
4  Facsimile: (702) 921-2461
   Email: joshua.sliker@jacksonlewis.com
5
   *Attorneys for Defendant*
6  *Wynn Las Vegas, LLC*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF NEVADA**

9  KURT WONG,                              | Case No.: 2:20-cv-02086-APG-NJK

10            Plaintiff,                    | **STIPULATION AND ORDER FOR**
                                            | **DISMISSAL WITH PREJUDICE**
11      v.

12 WYNN LAS VEGAS, LLC, a Nevada Limited
   Liability Company,
13

14            Defendant.

15      Defendant WYNN LAS VEGAS, LLC, by and through its counsel of record, and Plaintiff

16 KURT WONG, by and through his counsel of record, pursuant to Fed. R. Civ. P. Rule

17 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims

18 herein against all parties, with each party to bear its own attorney's fees and costs.

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

JACKSON LEWIS P.C.
   LAS VEGAS

1    This stipulation and order is sought in good faith and not for the purpose of delay.

2    Dated this 3rd day of August, 2022.

3    KEMP & KEMP                                    JACKSON LEWIS P.C.

4    /s/ James P. Kemp                              /s/ Joshua A. Sliker
     JAMES P. KEMP, ESQ.                            JOSHUA A. SLIKER, ESQ.
5    Nevada Bar No. 6375                            Nevada Bar No. 12493
     7435 W. Azure Drive, Suite 110                 300 S. Fourth Street, Suite 900
6    Las Vegas, Nevada 89103                        Las Vegas, Nevada 89101

7
     Attorney for Plaintiff                         Attorneys for Defendant
8    Kurt Wong                                      Wynn Las Vegas, LLC

9
                                         **ORDER**
10
                            IT IS SO ORDERED.
11

12
                            _____
13                          United States District Judge

14                          Dated: August 4, 2022

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JACKSON LEWIS P.C.
   LAS VEGAS